IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:07-00093-01

TODD ANDREW BRATTAIN

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion to modify the order of restitution imposed in his case. (ECF No. 51). Defendant was ordered to pay restitution in the amount of $19,929.00 and, if not paid immediately, was directed to make quarterly payments of $25 while incarcerated. Defendant asks that all payments towards his restitution obligation be suspended while he is incarcerated.

"The statutes permitting modification of restitution orders . . . permit such modification only for changed circumstances. . . ." United States v. McMahon, 225 F. App'x 656, 2000 WL 1039473, *4 (4th Cir. 2000) (unpublished). Defendant has not alleged the type of changed circumstances under 18 U.S.C. § 3664(k) that would permit this court to modify his restitution payment schedule. Although defendant contends that "[w]ork and income [are] not an absolute in the Prison system," defendant acknowledges that he is currently employed. Accordingly, his motion is **DENIED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, defendant, and the Probation Office of this court.

IT IS SO ORDERED this 26th day of September, 2017.

ENTER:

David A. Faber
Senior United States District Judge